**MONSANTO COMPANY,**
Plaintiff–Appellee,

and

**Delta and Pine Land Company,**
Plaintiff–Appellee,

v.

**Dallas THOMASON, David D. Thomason, and Lucknow, Inc., Defendants–Appellants,**

and

**Charles F. Thomason and Bale–A–Day, Inc., Defendants–Appellants,**

and

**Lasley D. Thomason and 3–T Cotton Farms of Rayville, Inc., Defendants,**

and

**Cotton Plantation, Inc., Defendants.**

Nos. 01–1643, 01–1644.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 17, 2002.

Rehearing En Banc Denied
Dec. 11, 2002.

898

Before GAJARSA, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36.